AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Abraham CONTRERAS TRELLES<br><br>*Defendant(s)* | Case No. 2:21-mj-772 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 20, 2020** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, § 841 (a)(1) and (b)(1)(C) | Distribution of a mixture and a substance containing a detectable amount of Heroin |
| Title 21, United States Code, § 841 (a)(1) and (b)(1)(A)(viii) | Possession With Intent to Distribute 500 grams or more of a mixture and a substance containing a detectable amount of Methamphetamine |
| Title 21, United States Code § 846 and and United States Code § 841 (a)(1) and (b)(1)(B)(i) | Conspiracy to Distribute 100 grams or more of a mixture and a substance containing a detectable amount of Heroin |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Cadogan, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence. ViA FaceTime

Date: 12/02/2021

*Judge's signature*

City and state: Columbus, Ohio

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Christopher Cadogan, having been duly sworn, state the following:

## INTRODUCTION

1. Your Affiant is a Special Agent with the Drug Enforcement Administration (DEA) and has been so employed for approximately twenty-five years. I am currently assigned to Group Four of the DEA's Columbus District Office. This group is currently comprised of narcotics investigators from the DEA and the Columbus Police Department. Group Four was designed, in part, to target individuals and groups involved in the manufacture and distribution of methamphetamine, cocaine, heroin, and fentanyl in Franklin County, Ohio. Prior to being employed by the DEA, I was employed for approximately two and one-half years as a Border Patrol Agent. As a Border Patrol Agent I was cross-designated to make federal arrests of individuals in violation of Title 21 of the United States Code. For more than twenty-seven years, I have had the authority to make federal drug arrests.

2. As a DEA Special Agent, Your Affiant has participated in hundreds of narcotics investigations involving various types of controlled substances. I have received substantive advanced training pertaining to the investigation of various crimes which arise from narcotics trafficking, including money laundering, the use of interstate transportation in the furtherance of narcotics trafficking, the use of the United States Postal Service facilities in furtherance of narcotics trafficking, and the use of telecommunications facilities in the furtherance of narcotics trafficking. I have participated in investigations involving the purchase of controlled substances from suspected narcotics traffickers using both undercover narcotics investigators and confidential sources. I have participated in the drafting and execution of search warrants for narcotics, proceeds from the sale of narcotics, documentary evidence of narcotics trafficking, and for the telecommunications devices used by narcotics traffickers. I have conducted surveillances in connection with narcotics investigations. I have authored five affidavits supporting federal wire and electronic intercepts of known and suspected narcotics traffickers.

3. Through the course of these investigations, I have personally interviewed confidential sources, and other persons, involved in the distribution of illegal narcotics. I have also interviewed persons arrested for the distribution of illegal narcotics. I have spoken with more experienced narcotics investigators with whom I have worked concerning the practices of narcotics traffickers and the best investigative methods to use when conducting investigations of narcotics trafficking organizations. Through the course of my investigations and through my conversations with more experienced narcotics investigators, I have become familiar with the methods and means utilized by persons who participate in the illegal distribution of controlled substances.

## PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of an application for a federal arrest warrant and criminal complaint against Abraham CONTRERAS TRELLES (CONTRERAS), Oscar Fernando MURCIA RUIZ (MURCIA), and Dakota Renea JORDAN (JORDAN) for conspiring with others, both known and unknown, to distribute 100 grams or more of a mixture and a

1

substance containing a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(B)(i) and Title 21, U.S.C. § 846. In addition, on October 20, 2021, CONTRERAS and JORDAN did knowingly and intentionally distribute a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(C), on November 3, 2021, MURCIA did knowingly and intentionally distribute 100 grams or more of a mixture and a substance containing a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(B)(i), and on November 17, 2021, MURCIA did knowingly and intentionally distribute 100 grams or more of a mixture and a substance containing a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(B)(i). On December 1, 2021, CONTRERAS did knowingly possess with intent to distribute 500 grams or more of a mixture and a substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(A)(viii). My knowledge of this investigation is based upon my own personal observations, as well as the observation and investigation conducted by other law enforcement officers knowledgeable of the facts and circumstances involved in the subject investigation. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that CONTRERAS, MURCIA, and JORDAN committed a violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(B)(i) and Title 21, U.S.C. § 846, that CONTRERAS and JORDAN committed a violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(C), and MURCIA twice committed violations of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(B)(i). In addition, CONTRERAS committed a violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(A)(viii).

## SUMMARY OF PROBABLE CAUSE

5. Following a series of telephone calls and text messages between a DEA confidential source and DEA Special Agent (SA) Noah Bookman, both acting in an undercover capacity, and a Mexican heroin trafficker known as "Juan", utilizing cellular telephone 52-664-781-7774, arrangements were made to purchase two ounces of heroin (50 grams) for $1,700.00 in official advanced funds (OAF).

6. In response to these arrangements, plans were formulated at the DEA's Columbus District Office to surveil the planned meeting between SA Bookman and one of "Juan's" runners on the morning of October 20, 2021, in order to purchase the two ounces (50 grams) of heroin for $1,700.00 in OAF.

7. On October 20, 2021, SA Bookman was given $1,700.00 in OAF to purchase two ounces of heroin. "Juan" had earlier agreed to sell SA Bookman two ounces of heroin (50 grams) for $1,700.00. SA Bookman was also equipped with a device capable of producing an audio and video recording of the planned meeting between SA Bookman and the runner. SA Bookman was also given a transmitting device that was monitored over a police radio by Your Affiant.

8. On October 20, 2021, at approximately 11:32 a.m., DEA SAs Joseph Bochenek, James Rose, DEA Task Force Officers (TFOs) Andy Wuertz, Barry O'Dell, and DEA Group Supervisor (GS) Scott Waugaman established surveillance at the proposed meet location. The proposed

2

meet location was the Arby's parking lot located at 1563 West Broad Street in Columbus, Ohio 43222.

9.  At approximately 11:41 a.m., DEA SA Alexa Montesano, DEA TFOs Christopher Farrington, Andy Wuertz, DEA GS Nalen Olsen, and Your Affiant observed SA Bookman arrive at the proposed meet location and park on the west end of the parking lot.

10. At approximately 11:56 a.m., SA Bookman is advised by "Juan" that the runner delivering the heroin would be arriving at SA Bookman's location in a few minutes. SA Bookman was not given a description of the runner's vehicle.

11. At approximately 11:59 a.m., TFO Wuertz and Your Affiant observed a gray 2004 Ford Focus Hatchback, bearing Ohio license plate JKB6732, registered to Gudiel Enrique PEREZ-RAMIREZ at 500 Josephine Avenue in Columbus, Ohio 43204, driving north toward the Arby's Restaurant and then turning into the Arby's parking lot before briefly parking next to a white Columbus City work truck, a few parking spaces south of where SA Bookman had parked. The gray Ford Focus was occupied by a female adult with what appeared to be dyed blonde hair who was subsequently identified as Dokota Renea JORDAN, hereafter referred to as JORDAN, (front passenger) and a medium complexioned adult male wearing a red shirt and a black baseball cap who was subsequently identified as Abraham CONTRERAS TRELLES, hereafter referred to as CONTRARAS (driver).

12. At approximately 12:00 p.m., TFO Wuertz and Your Affiant observed the gray Ford Focus pull out of the parking spot it was in, loop around the Arby's restaurant, and then pull into the drive-thru line at the Arby's restaurant.

13. At approximately 12:04 p.m., TFO Wuertz and Your Affiant observed the gray Ford Focus pull away from the drive-thru window of the Arby's restaurant and then subsequently loop back around and pull up next to SA Bookman's vehicle, on the driver's side (north). According to SA Bookman, while the gray Ford Focus was parked next to his vehicle, he was able to observe the front passenger (JORDAN) pull something from her waistband.

14. At approximately 12:05 p.m., TFO Wuertz observed the driver of the gray Ford Focus (CONTRERAS), get out of the Ford Focus and then walk over to the passenger side of SA Bookman's vehicle. TFO Wuertz observed CONTRERAS pull something from his sock before getting into the front passenger seat of SA Bookman's vehicle.

15. At approximately 12:06 p.m., TFO Wuertz observed CONTRERAS exit SA Bookman's vehicle and walk back towards the gray Ford Focus. According to SA Bookman, while inside SA Bookman's vehicle, CONTRTERAS handed SA Bookman approximately 95 gross grams of a black tar-like substance, believed to be heroin, which was contained within a clear plastic baggie in exchange for the $1,700.00 in OAF.

16. At approximately 12:07 p.m., TFOs Wuertz, Farrington, SAs Montesano, GS Olsen, and Your Affiant observed SA Bookman depart the area.

3

17. At approximately the same time, TFO Wuertz, SA Rose, and Your Affiant observed CONTRERAS get back into the driver seat of the gray Ford Focus and drive east towards the Arby's parking lot exit. The above mentioned investigators then observed the Ford Focus stop near the exit, and CONTRERAS and JORDAN exit the vehicle, and then switch places. SA Rose subsequently observed the gray Ford Focus depart the area traveling east on Broad Street. As they departed the area, JORDAN was seated in the driver seat while CONTRERAS was seated in the front passenger seat.

18. At approximately 12:20 p.m., SA Rose observed the gray Ford Focus pull into the parking lot of the Laundryland located at 3457 Sullivant Avenue in Columbus, Ohio 43204. According to SA Rose, it appeared as if JORDAN (driver) and CONTRERAS (front passenger) were attempting to clean their tail before arriving at their destination. According to SA Rose, the two remained seated in the gray Ford Focus while parked in a parking space in front of the Laundryland before continuing west on Sullivant Avenue.

19. At approximately 12:21 p.m., SA Rose observed the gray Ford Focus arrive and park in the vicinity of the house located at 500 Josephine Avenue. SA Rose subsequently observed both JORDAN and CONTRERAS exit the vehicle and then walk into the north entrance to 500 Josephine Avenue. According to SA Rose, JORDAN was carrying a grocery bag as she exited the gray Ford Focus.

20. At approximately the time the gray Ford Focus arrived at 500 Josephine Avenue, a black 2008 Chevrolet Malibu, bearing Ohio license plate JGT4487, registered to Arturo NAVA VASQUEZ SERVICES at 500 Josephine in Columbus, Ohio 43204, was parked in front of 500 Josephine Avenue. Also parked at 500 Josephine Avenue was a red 2007 Honda Civic, bearing expired Indiana license plate WKL280, formerly registered to Luis Manuel OROS at 1620 West Main Street in Carmel, Indiana 46032.

21. At approximately 12:35 p.m., TFO Vanderbilt observed CONTRERAS exit the north door to the residence and walk over to the gray Ford Focus and subsequently get into the vehicle through the front passenger door. TFO Vanderbilt subsequently observed CONTRERAS exit the gray Ford Focus.

22. At approximately 12:37 p.m., TFO Vanderbilt observed a black 2010 Toyota Camry, bearing Ohio license plate JMX8107, registered to Miguel Alejandro IGLECIAS at 7575 Quarry Stone Drive in Hilliard, Ohio 43026, pull in front of the house located at 500 Josephine Avenue. TFO Vanderbilt subsequently observed CONTRERAS get into the front passenger seat of the black Toyota Camry. According to TFO Vanderbilt, the Camry was driven by an unidentified medium complexioned male. The unidentified male driver of the Camry will hereafter be referred to as UM1. SA Rose subsequently observed the Toyota Camry departing the area.

23. At approximately 12:47 p.m., TFO Vanderbilt observed JORDAN depart 500 Josephine Avenue through the north door and subsequently get into the gray Ford Focus Hatchback before departing the area.

4

24. At approximately 12:55 p.m., SA Rose observed the black Toyota Camry driven by UM1 arrive at the Turkey Hill Minit Market located at 3900 South High Street in Columbus, Ohio 43207. SA Rose subsequently observed the Camry park briefly in front of the Minit Market. SA Rose observed the front passenger (CONTRERAS) get out of the Camry and walk east towards the Market. The Toyota Camry, driven by UM1, then pulled out onto Obetz Road and departed the area traveling eastbound.

25. At approximately 12:58 p.m., SA Rose observed the Toyota Camry driven by UM1 turn north onto Beth Ann Drive and meet with an adult white male pedestrian. This pedestrian walked over to the Toyota Camry and then got in through the front passenger door. SA Rose then observed UM1 drive a short distance, perhaps a few hundred feet, with the white male pedestrian as a passenger. UM1 then stopped the Camry and the unknown white male pedestrian got out of the vehicle and walked away. UM1 then turned around and drove back the way he had come towards the Turkey Hill Minit Market. SA Rose subsequently observed CONTRERAS walking north from the Market towards the Toyota Camry driven by UM1 before getting back into the Camry through the front passenger door. Investigators believe UM1 met with the unknown white male pedestrian to sell him an unknown amount of heroin. Investigators know from their training and experience that such short duration meetings held inside vehicles are indicative of street level narcotics transactions.

26. At approximately 1:16 p.m., SA Rose and TFO Vanderbilt observed the black Toyota Camry driven by UM1 arrive back at the house located at 500 Josephine Avenue. TFO Vanderbilt observed CONTRERAS get out of the Toyota Camry with a white grocery plastic bag and UM1 get out holding a black bag over his right shoulder. TFO Vanderbilt subsequently observed both men go into 500 Josephine Avenue through the north entrance.

27. At approximately 1:29 p.m., TFO Vanderbilt observed a third unidentified medium complexioned adult male walk from the north door of 500 Josephine Avenue and get into the red Honda with the expired Indiana license plate. This third unidentified medium complexioned male will hereafter be referred to as UM2. According to TFO Vanderbilt, UM2 was wearing a red ball cap and a black sweatshirt.

28. At approximately 1:44 p.m., TFO Vanderbilt observed UM3 depart the area in the red Honda.

29. At approximately 1:54 p.m., TFO Vanderbilt observed UF return in the Ford Focus Hatchback and then walk inside the north entrance to 500 Josephine Avenue.

30. At approximately 2:00 p.m., TFO Vanderbilt observed UM2 exit 500 Josephine Avenue and walk towards the Toyota Camry.

31. At approximately 2:02 p.m., TFO Vanderbilt observed UM1 exit 500 Josephine Avenue and appear to speak briefly with UM2 on the north side of the address.

5

32. At approximately 2:04 p.m., TFO Vanderbilt observed UM1 depart the area alone in the Toyota Camry. Your Affiant and TFO Baer subsequently observed UM1 traveling north on Wilson Road.

33. At approximately 2:36 p.m., TFO Vanderbilt observed CONTRERAS (driver) and JORDAN (front passenger) depart 500 Josephine Avenue in the gray Ford Focus. TFO Baer subsequently observed the two pull into the parking lot near the Julian Wireless store located at 4193 West Broad Street in Columbus, Ohio 43228.

34. At approximately 2:56 p.m., Your Affiant observed JORDAN exit Julian Wireless and get into the front passenger seat of the Ford Focus before the two departed the area traveling east on West Broad Street.

35. At approximately 3:01 p.m., surveillance was terminated.

36. As a result of a series of text messages and telephone calls between a DEA confidential source and SA Bookman, both acting in an undercover capacity, and the Mexican heroin trafficker known as "Juan", utilizing cellular telephone 52-664-781-7774, arrangements were made to purchase four ounces of heroin for $3,400.00 in official advanced funds (OAF). In response to these arrangements, plans were formulated at the DEA's Columbus District Office to surveil the planned meeting between SA Bookman and one of "Juan's" runners on the morning of November 3, 2021, to purchase the four ounces (100 grams) of heroin for $3,400.00 in OAF.

37. On November 3, 2021, SA Bookman was given $3,400.00 in OAF to purchase four ounces (50 grams) of heroin. "Juan" had earlier agreed to sell SA Bookman four ounces of heroin for $3,400.00. SA Bookman was also equipped with a device capable of producing an audio and video recording of the planned meeting between SA Bookman and the runner. SA Bookman was also given a transmitting device that was monitored over a police radio by Your Affiant.

38. On the same date, at approximately 10:40 a.m., DEA Task Force Officers (TFOs) Andy Wuertz, Barry O'Dell, and Brian Daron established surveillance at the proposed meet location. The proposed meet location was the Arby's parking lot located at 1563 West Broad Street in Columbus, Ohio 43222.

39. At approximately 11:44 a.m., "Juan" advised SA Bookman that his (Juan's) runner would arrive with the heroin at the Arby's parking lot in approximately forty minutes.

40. At approximately 12:47 p.m., SA Bookman is advised by "Juan" that the runner delivering the heroin would be arriving at SA Bookman's location in approximately twenty-five minutes. SA Bookman was not given a description of the runner's vehicle.

41. At approximately 12:52 p.m., "Juan" advised SA Bookman that his (Juan's) runner would be driving a Ford Focus. On October 20, 2021, the heroin that SA Bookman subsequently purchased had been delivered by CONTRERAS and JORDAN driving a gray 2004 Ford Focus

6

Hatchback, bearing Ohio license plate JKB6732, registered to Gudiel Enrique PEREZ-RAMIREZ at 500 Josephine Avenue in Columbus, Ohio 43204.

42. At approximately 1:07 p.m., DEA SAs Anthony Martin, TFO Wuertz, Franklin County Sheriff's Office (FCSO) Detective Joseph Smith, and Your Affiant observed SA Bookman arrive and park in the Arby's parking lot located at 1563 West Broad Street.

43. At approximately 2:04 p.m., "Juan" advised SA Bookman that his (Juan's) runner had arrived at the meet location.

44. At approximately 2:12 p.m., TFO Wuertz, FCSO Detective Smith, and Your Affiant observed a medium complexioned adult male driving a burgundy 2014 Ford Focus Hatchback, bearing Ohio license plate HDU3321, registered to Lola POPCEVSKI at 13142 Appleton Drive in Pickerington, Ohio 43147, arrive in the Arby's parking lot and then drive up to SA Bookman's vehicle. According to SA Bookman, the male driver, subsequently identified as Oscar Fernando MURCIA RUIZ, hereafter referred to as MURCIA, was looking hard at SA Bookman and was talking into his cellular telephone as he pulled up to SA Bookman's vehicle. The above mentioned investigators subsequently observed MURCIA get out of the Ford Focus and walk over to SA Bookman's vehicle.

45. Seconds later, TFO Wuertz, FCSO Detective Smith, and Your Affiant observed MURCIA open the front passenger door and then get into the front passenger seat of SA Bookman's vehicle. According to SA Bookman, MURCIA gave him 136.8 gross grams of a brown powder substance, believed to be heroin, which was packed into two round balls that were contained in clear plastic. One ball was further contained in brown plastic and the other ball was further contained in blue plastic. SA Bookman subsequently gave MURCIA $3,400.00 in OAF in exchange for the purported heroin.

46. At approximately 2:14 p.m., TFO Wuertz observed MURCIA get back into his burgundy Ford Focus and then pull into the Arby's drive-thru line.

47. At approximately 2:16 p.m., SAs Martin, FCSO Detective Smith, and Your Affiant observed SA Bookman depart the area traveling east.

48. At approximately 2:17 p.m., TFO Wuertz observed MURCIA depart the area after receiving something in the drive-thru line.

49. At approximately 2:28 p.m., surveillance was terminated after investigators were unable to maintain surveillance of MURCIA. MURCIA was last seen traveling east on Broad Street.

50. As a result of a series of text messages and telephone calls between a DEA confidential source and SA Bookman, both acting in an undercover capacity, and the Mexican heroin trafficker known as "Juan", utilizing cellular telephone 52-664-781-7774, arrangements were made to purchase four ounces of heroin for $3,400.00 in official advanced funds (OAF). In response to these arrangements, plans were formulated at the DEA's Columbus District Office to

surveil the planned meeting between SA Bookman and one of "Juan's" runners on the morning of November 17, 2021, to purchase the four ounces (100 grams) of heroin for $3,400.00 in OAF.

51. On November 17, 2021, SA Bookman was given $3,400.00 in OAF to purchase four ounces (100 grams) of heroin. "Juan" had earlier agreed to sell SA Bookman four ounces (50 grams) of heroin for $3,400.00. SA Bookman was also equipped with a device capable of producing an audio and video recording of the planned meeting between SA Bookman and the runner. SA Bookman was also given a transmitting device that was monitored over a police radio by Your Affiant.

52. On the same date, at approximately 11:00 a.m., DEA Task Force Officers (TFOs) Andy Wuertz and David Barrick and GS Scott Waugaman established surveillance at the proposed meet location. The proposed meet location was the Arby's parking lot located at 1563 West Broad Street in Columbus, Ohio 43222.

53. At approximately 11:30 a.m., surveillance was established in the area of 5965 Carson Michael Ave., Columbus, OH 43230 by TFO's Heaberlin and Miller. Surveillance was also established in the area of 4140 Quentin Blvd, Columbus, OH 43230. Both locations are apartment complexes.

54. At approximately 12:16 p.m., "Juan" advised SA Bookman that his (Juan's) runner was moving.

55. At approximately 12:22 p.m., SA Bookman is advised by "Juan" that the runner delivering the heroin would be "the same guy as last time" and would be arriving in approximately fifteen minutes. SA Bookman was not given a description of the runner's vehicle.

56. At approximately 12:24 TFO Miller observed MURCIA wearing a blue sweatshirt, sporting a "faux-hawk" type haircut, and working his phone, exit from the northwest apartment on the third floor, apartment 304. MURCIA was recognized by TFO Miller as the person that met SA Bookman on November 3rd and sold him approximately 100 grams of heroin. MURCIA proceeded to get into the driver's seat of the burgundy Ford Focus, bearing Ohio license plate HDU3321, the same vehicle he drove on November 3, 2021, to the meeting with SA Bookman.

57. At approximately 12:27 p.m., SA Miller observed the burgundy Ford Focus pull into the parking lot of an adjacent apartment complex located in the area of 4140 Quentin Boulevard and park on the far East side of the lot. Almost immediately afterward a black Jeep Compass, bearing Ohio temporary license plate N378206, pulled into a parking spot immediately adjacent to the burgundy Ford Focus.

58. The Jeep Compass was occupied by JORDAN (driver) and CONTRERAS (front passenger). The pair was previously observed in the gray 2004 Ford Focus. Both JORDAN and CONTRERAS had met with SA Bookman on October 20, 2021 and sold him approximately two ounces of heroin.

8

59. SA Miller observed CONTRERAS exit the Jeep Compass and immediately enter the rear driver's side passenger seat of the burgundy Ford Focus. About 30 seconds later, CONTRERAS exited the burgundy Ford Focus and re-entered the Jeep Compass. Both vehicles immediately left the area and were followed by the surveillance team. This short duration meeting inside a vehicle between two known heroin traffickers was indicative of a street level narcotics transaction. Investigators know from their training and experience that CONTRERAS had just supplied MURCIA with the heroin that he would subsequently sell to the undercover agent. CONTRERAS had himself sold approximately two ounces of heroin to an undercover agent on October 20, 2021 and was observed conducting what appeared to be another narcotics transaction with a suspected heroin trafficker on November 3, 2021. Investigators suspect that CONTRERAS manages Juan's heroin trafficking operation and supplies both MURCIA and the unidentified driver of the black Toyota Camry with heroin which they then distribute.

60. At approximately 12:30 p.m., SA Miller observed the burgundy Ford Focus turn back into the Chelsea Apartment Homes complex toward building 5965 on Carson Michael Avenue. TFO Heaberlin then observed the burgundy Ford Focus park in the area of building 5965 and subsequently observed MURCIA exit the vehicle and enter apartment 304. Investigators believe, based upon their training and experience, MURCIA returned to his apartment in order to weigh and repackage the heroin which he had just received for distribution. Investigators suspect that MURCIA had just received more than just the four ounces of heroin that he would subsequently transport to the meet location and sell to the undercover agent.

61. At approximately 12:57 p.m., TFO Heaberlin observed MURCIA exit the apartment and walk to the burgundy Ford Focus. The vehicle then proceeded directly to the meet location under constant surveillance by the surveillance team.

62. At approximately 1:20 p.m., SA Martin observed MURCIA arrive at the meet location and exit the burgundy Ford Focus. MURCIA subsequently got into the front passenger seat of SA Bookman's vehicle.

63. According to SA Bookman, MURCIA gave him 135.49 gross grams of a brown powder substance, believed to be heroin, which was packed into two round balls that were contained in brown packaging. SA Bookman subsequently gave MURCIA $3,400.00 in OAF in exchange for the purported heroin.

64. At approximately 1:23 p.m., SA Martin observed MURCIA get back into the burgundy Ford Focus and then pull into the Arby's drive-thru line.

65. At approximately 1:26 p.m., GS Waugaman observed the burgundy Ford Focus pull away from the lot.

66. At approximately 1:26 p.m., surveillance was terminated.

67. On December 1, 2021, investigators from the DEA's Columbus District Office and the Franklin County Sheriff's Office executed a federal search warrant 2874 Ruhl Avenue in Columbus, Ohio. Pursuant to the execution of this warrant, investigators seized approximately

9

6,407 gross grams of suspected methamphetamine from one of the bedrooms. At the time this warrant was executed, JORDAN and CONTRERAS were present.

68. After being advised of his rights as they pertain to the Miranda Decision, CONTRERAS admitted to taking custody of the methamphetamine from unknown "Hispanic" drug traffickers approximately a week earlier.

69. Your Affiant conducted a presumptive field test from samples taken from the suspected methamphetamine discovered at 2874 Ruhl Avenue. The samples tested positive for the presence of methamphetamine.

70. DEA forensic chemists have confirmed that the suspected heroin purchased on October 20, 2021 and November 3, 2021, did indeed contain heroin.

## CONCLUSION

71. Based upon the information presented in this affidavit, there is probable cause to believe that beginning on or about October 20, 2021, and continuing until about December 1, 2021, in the Southern District of Ohio, CONTRERAS, MURCIA, and JORDAN, did knowingly and intentionally conspire with others, both known and unknown, to distribute 100 grams or more of a mixture and a substance containing a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(B)(i), and Title 21, U.S.C. § 846. In addition, on October 20, 2021, CONTRERAS and JORDAN did knowingly and intentionally distribute a mixture and a substance containing a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(C), on November 3, 2021, MURCIA did knowingly and intentionally distribute 100 grams or more of a mixture and a substance containing a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(B)(i), and on November 17, 2021, MURCIA did knowingly and intentionally distribute 100 grams or more of a mixture and a substance, containing a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(B)(i). On December 1, 2021, CONTRERAS knowingly possessed with intent to distribute 500 grams or more of a mixture and a substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of Title 21, U.S.C. § 841 (a)(1) and (b)(1)(A)(viii).

_____
Christopher Cadogan, Special Agent
Drug Enforcement Administration

SUBSCRIBED and SWORN to before me this 2nd day of December, 2021.

_____
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE